IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 10- |
| | ) | |
| Park Seed Wholesale, Inc., | ) | CHAPTER 11 |
| a South Carolina Corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION RE: ELECTRONIC FILING OF PETITION FOR RELIEF, SCHEDULES AND STATEMENTS**

PART I - DECLARATION OF DEBTOR FILING A PETITION FOR RELIEF:

I, Charles Fox, President of Park Seed Wholesale, Inc., a South Carolina Corporation, hereby declare under penalty of perjury that the information provided in this electronically filed petition, statements and schedules is true and correct. I consent to our attorney electronically filing the petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed electronically with the Clerk of the Court simultaneously with the petition. I understand that failure to file this DECLARATION may cause this case to be dismissed without further notice or hearing.

___xx___    (If the debtor is a corporation or partnership). I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

                                                    /s/ Charles Fox
                                                  Charles Fox
                                                  President

PART II - DECLARATION OF ATTORNEY

      I declare under penalty of perjury that the debtor signed this form before I electronically transmitted it and the petition for relief, schedules and statements to the United States Bankruptcy Court, and I have followed all other requirements in Operating Order 04-11.  This DECLARATION is based on information of which I have knowledge.


      /s/ R. Geoffrey Levy
      R. Geoffrey Levy
      I.D. #2666
      Levy Law Firm, LLC
      2300 Wayne Street
      Columbia, South Carolina 29201
      Tele. (803) 256-4693
      Fax   (803) 799-5245
      Attorney for Debtor


Date:  April 2, 2010