## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | |
|---|---|
| | Chapter 11 |
| George W. Park Seed Co., Inc., | C/A No. 10-02431-JW |
| Debtor. | |
| Park Seed Wholesale, Inc., | C/A No. 10-02432-JW |
| Debtor. | |
| Jackson & Perkins Direct Marketing, | C/A No. 10-02434-JW |
| Debtor. | |

### ORDER AND NOTICE OF EMERGENCY HEARING

This matter comes before the Court upon a Motion of the Debtors for Entry of An Order Directing Joint Administration of the Related Chapter 11 Cases; Motion of the Debtors for Appointment of Chapter 11 Trustee; Stipulation for Use of Cash Collateral; Motion of the Debtors for Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, and Other Compensation (collectively, "Motions") and requests for expedited hearings on the Motions. The Motions and requests for expedited hearing were filed on April 2, 2010 by George W. Park Seed Co. Inc., Park Seed Wholesale, Inc., and Jackson & Perkins Direct Marketing ("Debtors").

It appearing that expedited hearings on the Motions are warranted,

**IT IS ORDERED**, that hearings on the Motion shall be held before the undersigned at the J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel Street, Columbia, South Carolina 29201-2423 on **April 7, 2010 at 2:00 p.m.**

**IT IS FURTHER ORDERED**, that any objection, return or response to the Motion shall be in accordance with SC LBR 9014-1 and shall be **served** on Debtors' counsel, R. Geoffrey Levy, 2300 Wayne Street, Columbia, SC 29201 and **filed** with the Court at the J. Bratton Davis United States Courthouse, 1100 Laurel Street, Columbia, South Carolina, 29201, on or before the hearing on **April 7, 2010** and a copy provided to the courtroom deputy at least fifteen (15) minutes prior to the hearing.

**IT IS FURTHER ORDERED**, that Debtors shall serve a copy of the Motion (if not previously served) and this Order by hand delivery, telefax, electronic mail (receipt confirmed) or overnight delivery on the twenty largest unsecured creditors, all secured creditors affected by the Motions, the United States Trustee, and any other essential party in interest. All other creditors shall be served by First Class U.S. Mail. Debtor shall complete service **by 12:00 p.m. on April 5, 2010,** and Debtors' counsel shall file an affidavit of such service with this Court on or before April 6, 2010.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**04/05/2010**



Entered: 04/05/2010

*/s/ John E. Waites*

Chief US Bankruptcy Court Judge
District of South Carolina